1001

[No. 6132-9-III.   Division Three.   June 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM JAMES NEIGHBORS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83-1-00424-2, George T. Shields, J., entered October 20, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 6162-1-III.   Division Three.   June 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN MICHAEL SPROUSE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83-1-00425-1, John J. Ripple, J., entered November 1, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 5889-1-III.   Division Three.   June 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN ROSS JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82-1-00731-1, Carl L. Loy, J., entered May 20, 1983. *Reversed* by unpublished opinion per Green, C.J., concurred in by McInturff, J., Munson, J., dissenting.